# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hurwitz, Andrew | U.S. Court of Appeals, Ninth Circuit | 02/01/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Appeals Judge, Ninth Circuit | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  **5b.** ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

401 W. Washington Street
Phoenix, AZ 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Arizona Elected Officials Retirement System; no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley | portfolio loan | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank (Checking/Savings) | A | Interest | K | T | | | | | |
| 2. Real Estate Limited Partnership (Avondale Acres) Avondale,AZ | A | Distribution | K | W | | | | | |
| 3. (H) Trust #1 ComProp 664 | D | Int./Div. | N | T | | | | | |
| 4. -MORGAN STANLEY BANK N.A. | A | Int./Div. | K | T | | | | | |
| 5. -ACTIVE BEAR | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 6. -BARON REAL ESTATE INST | A | Int./Div. | J | T | | | | | |
| 7. -COHEN & STEERS PREF SEC&INC I - COHEN & STEERS PREF SEC&INC I - COHEN & | B | Int./Div. | K | T | Buy (add'l) | 04/11/16 | J | | |
| 8. -COLUMBIA SELECT LG CP GROWTH Z | B | Int./Div. | K | T | Sold (part) | 4/11/16 | J | | |
| 9. -DOUBLELINE SHILLER ENH CAPE | B | Int./Div. | K | T | Buy (add'l) | 04/11/16 | J | | |
| 10. -DOUBLELINE TOTAL RETURN I | B | Int./Div. | L | T | Sold (part) | 04/11/16 | J | | |
| 11. -FIRST EAGLE GOLD | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 12. -FIRST TRUST DORSEY WRIGHT FD | A | Int./Div. | | | Sold (part) | 04/11/16 | J | | |
| 13. | | | | | Sold | 11/22/16 | J | A | |
| 14. -GUGGENHEIM S7P 500 PURE VALE | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 15. -HENDERSON EUROPEAN FOCUS | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 16. | | | | | Sold (part) | 11/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 5 of 24

**Name of Person Reporting**

**Hurwitz, Andrew**

**Date of Report**

02/01/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -HIGHLAND GLOBAL ALLOCATION I | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 18. -ISHSARES CURR HEDGED MSCI EMU | A | Int./Div. | | | Sold | 04/11/16 | K | | |
| 19. -ISHARES MORTGAGE REAL ESTATE | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 20. -ISHARES MSCI JAPAN ETF | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 21. -ISHARES MSCI JAPAN MIN VOL | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 22. -ISHARES MSCI USA MIN VOL ETF | A | Int./Div. | K | T | Buy (add'l) | 04/11/16 | K | | |
| 23. -MATTHEWS ASIAN JAPAN INV | A | Int./Div. | K | T | Sold (part) | 04/11/16 | J | A | |
| 24. -METROPOLITAN WEST TOT RET BD I | B | Int./Div. | K | T | Sold (part) | 04/11/16 | J | A | |
| 25. -NORHERN AZ TAX EXEMPT FUND | A | Int./Div. | K | T | Buy | 04/12/16 | K | | |
| 26. -OAKMARK I | A | Int./Div. | | | Sold | 04/11/16 | K | A | |
| 27. -PIMCO INCOME P | B | Int./Div. | K | T | Sold (part) | 04/11/16 | J | | |
| 28. | | | | | Sold (part) | 11/22/16 | J | | |
| 29. -PIMCO INTL STOCKPLUS AR STR P | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 30. -PIMCO SHORT TERM P | A | Int./Div. | | | Sold | 04/11/16 | K | | |
| 31. -SUNAMERICA NEW FOC DIV STRA | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 32. -TOUCHSTONE SANDS CAP SEL GR | A | Int./Div. | | | Buy | 04/11/16 | K | | |
| 33. | | | | | Sold | 12/12/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -T ROWE PRICE DVRSFD SM CP GR | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 35. -T ROWE PRICE MID CAP GR ADV | A | Int./Div. | | | Sold | 11/22/16 | J | | |
| 36. -VANGUARD GROWTH ETF | A | Int./Div. | K | T | Buy | 12/12/16 | K | | |
| 37. -WELLS FARGO MUNI | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 38. -WISDOMTREE EUROPE HEDGED EQUITY | A | Int./Div. | K | T | Buy | 04/11/16 | J | | |
| 39. "(H) TRUST #2 A S&S 663" | D | Int./Div. | N | T | | | | | |
| 40. -MORGAN STANLEY BANK N.A. | A | Int./Div. | J | T | | | | | |
| 41. -ACTIVE BEAR ETF | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 42. -BARON REAL ESTATE INST | A | Int./Div. | J | T | Sold (part) | 04/11/16 | J | A | |
| 43. -COHEN & STEERS PREF SEC&INC I | A | Int./Div. | J | T | Buy (add'l) | 04/11/16 | J | | |
| 44. -COLUMBIA SELECT LG CP GROWTH Z | B | Int./Div. | J | T | Buy (add'l) | 04/11/16 | J | | |
| 45. | | | | | Sold (part) | 11/22/16 | J | | |
| 46. -DOUBLELINE SHILLER ENH CAPE | A | Int./Div. | K | T | Buy (add'l) | 4/11/16 | J | | |
| 47. -DOUBLELINE TOTAL RETURN I | B | Int./Div. | K | T | Sold (part) | 04/11/16 | J | | |
| 48. -FIRST EAGLE GOLD | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 49. -FIRST TRUST DORSEY WRIGHT FD | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 50. -GUGGENHEIM S&P PURE VALE (X) | A | Int./Div. | | | Sold | 04/11/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -HENDERSON EUROPEAN FOCUS | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 52. | | | | | Sold (part) | 11/22/16 | J | | |
| 53. -HIGHLAND GLOBAL ALLOCATION I | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 54. -ISHSARES CURR HEDGED MSCI EMU | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 55. -ISHARES MORTGAGE REAL ESTATE | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 56. -ISHARES MSCI JAPAN ETF | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 57. -ISHARES MSCI JAPAN MIN VOL | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 58. -ISHARES MSCI USA MIN VOL ETF | A | Int./Div. | K | T | Buy (add'l) | 04/11/16 | J | | |
| 59. -MATTHEWS ASIAN JAPAN | A | Int./Div. | K | T | Sold (part) | 04/11/16 | J | A | |
| 60. -METROPOLITAN WEST TOT RET BD I | A | Int./Div. | K | T | Sold (part) | 04/11/16 | J | A | |
| 61. -NORTHERN AZ TAX EXEMPT FUND | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 62. -PIMCO INCOME P | B | Int./Div. | K | T | Sold (part) | 04/11/16 | J | | |
| 63. | | | | | Sold (part) | 11/22/16 | J | | |
| 64. -PIMCO INTL STOCKPLUS AR STR P | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 65. -PIMCO SHORT TERM P | A | Int./Div. | | | Sold | 04/11/16 | K | | |
| 66. -SUNAMERICA NEW FOC DIV STRA A | A | Int./Div. | K | T | Buy (add'l) | 04/11/16 | K | | |
| 67. -TOUCHSTONE SANDS CAP SEL GR | A | Int./Div. | | | Buy (add'l) | 04/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 68. | | | | | Sold | 12/12/16 | K | | |
| 69. -T ROWE PRICE DVRSFD SM CP GR | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 70. -T ROWE PRICE MID CAP GR ADV | A | Int./Div. | J | T | Sold (part) | 04/11/16 | J | | |
| 71. -VANGUARD GROWTH ETF | A | Int./Div. | K | T | Buy | 12/12/16 | J | | |
| 72. -WELLS FARGO MUNI BOND INST | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 73. -WISDOMTREE EUROPE HEDGED EUQITY | A | Int./Div. | K | T | Buy | 04/11/16 | J | | |
| 74. "(H) Trust #3 S S&S 662" | D | Int./Div. | N | T | | | | | |
| 75. -MORGAN STANLEY BANK N.A. | A | Int./Div. | | | | | | | |
| 76. -ACTIVE BEAR ETF | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 77. -BARON REAL ESTATE INST (X) | A | Int./Div. | J | T | | | | | |
| 78. -COHEN & STEERS PREF SEC&INC I | B | Int./Div. | K | T | Buy (add'l) | 04/11/16 | J | | |
| 79. -COLUMBIA SELECT LG CP GROWTH Z | B | Int./Div. | | | Buy (add'l) | 04/11/16 | J | | |
| 80. | | | | | Sold (part) | 11/22/16 | J | | |
| 81. -DOUBLELINE SHILLER ENH CAPE | B | Int./Div. | K | T | Buy (add'l) | 04/11/16 | J | | |
| 82. -DOUBLELINE TOTAL RETURN | B | Int./Div. | L | T | Sold (part) | 04/11/16 | J | | |
| 83. -FIRST EAGLE GOLD | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 84. -FIRST TRUST DORSEY WRIGHT FD | A | Int./Div. | | | Sold | 04/11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -GUGGENHEIM S7P 500 PURE VALE | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 86. -HENDERSON EUROPEAN FOCUS | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 87. -HIGHLAND GLOBAL ALLOCATION I | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 88. -ISHSARES CURR HEDGED MSCI EMU | A | Int./Div. | | | Sold | 04/11/16 | K | | |
| 89. -ISHARES MORTGAGE REAL ESTATE | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 90. -ISHARES MSCI JAPAN ETF | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 91. -ISHARES MSCI JAPAN MIN VOL | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 92. -ISHARES MSCI USA MIN VOL ETF | A | Int./Div. | K | T | Buy (add'l) | 04/11/16 | K | | |
| 93. -MATTHEWS ASIAN JAPAN | A | Int./Div. | K | T | Sold (part) | 04/11/16 | J | A | |
| 94. -METROPOLITAN WEST TOT RET BD 1 | B | Int./Div. | K | T | Sold (part) | 04/11/16 | J | A | |
| 95. | | | | | Sold (part) | 11/22/16 | J | | |
| 96. -NORTHERN AZ TAX EXEMPT FUND | A | Int./Div. | K | T | Buy | 04/12/16 | K | | |
| 97. -OAKMARK I | A | Int./Div. | | | Sold | 04/11/16 | K | | |
| 98. -PIMCO INCOME | B | Int./Div. | K | T | Sold (part) | 04/11/16 | J | | |
| 99. | | | | | Sold (part) | 11/22/16 | J | | |
| 100. -PIMCO INTL STOCKPLUS AR STR | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 101. -PIMCO SHORT TERM P | A | Int./Div. | | | Sold | 04/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102.  -SUNAMERICA NEW FOC DIV STRA A | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 103.  -TOUCHSTONE SANDS CAP SEL GR | A | Int./Div. | | | Buy | 04/11/16 | K | | |
| 104. | | | | | Buy<br>(add'l) | 11/22/16 | J | | |
| 105. | | | | | Sold | 12/12/16 | K | A | |
| 106.  -T ROWE PRICE DVRSFD SM CP GR | A | Int./Div. | | | Sold | 04/11/16 | J | | |
| 107.  -T ROWE PRICE MID CAP GR ADV | A | Int./Div. | J | T | | | | | |
| 108.  -VANGUARD GROWTH ETF | A | Int./Div. | K | T | Buy | 12/12/16 | K | | |
| 109.  -WELLS FARGO MUNI BOND | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 110.  -WISDOMTREE EUROPE HEDGED<br>EQUITY | A | Int./Div. | K | T | Buy | 04/11/16 | J | | |
| 111.  (H) IRA #1 A RO 665 | E | Int./Div. | O | T | | | | | |
| 112.  -MORGAN STANLEY BANK N.A. | A | Int./Div. | K | T | | | | | |
| 113.  -ACTIVE BEAR ETF | A | Int./Div. | K | T | Buy | 03/10/16 | K | | |
| 114. | | | | | Buy<br>(add'l) | 04/13/16 | J | | |
| 115.  -COHEN & STEERS PREF SEC&INC I | B | Int./Div. | K | T | Buy<br>(add'l) | 03/10/16 | J | | |
| 116. | | | | | Buy<br>(add'l) | 04/11/16 | J | | |
| 117. | | | | | Buy<br>(add'l) | 11/22/16 | J | | |
| 118.  -COLUMBIA SELECT LG CP GROWTH<br>Z | D | Int./Div. | K | T | Buy<br>(add'l) | 03/10/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold (part) | 04/13/16 | J | | |
| 120. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 121. -DOUBLELINE SHILLER ENH CAPE | A | Int./Div. | K | T | Buy | 03/10/16 | K | | |
| 122. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 123. | | | | | Sold (part) | 11/22/16 | J | B | |
| 124. -DOUBLELINE TOTAL RETURN I | C | Int./Div. | L | T | Sold (part) | 03/10/16 | J | | |
| 125. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 126. | | | | | Sold (part) | 11/22/16 | K | | |
| 127. -FIRST EAGLE GOLD | A | Int./Div. | K | T | Buy | 03/10/16 | K | | |
| 128. | | | | | Sold (part) | 04/13/16 | J | A | |
| 129. -FIRST TRUST DORSEY WRIGHT FD | A | Int./Div. | | | Sold (part) | 03/10/16 | K | | |
| 130. | | | | | Sold | 11/22/16 | J | | |
| 131. -FIRST TRUST MORTGAGE INCOME | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 132. -GUGGENHEIM S&P 500 PURE VALE | A | Int./Div. | | | Sold | 03/10/16 | K | | |
| 133. -HENDERSON EUROPEAN FOCUS | A | Int./Div. | K | T | Buy | 03/10/16 | K | | |
| 134. | | | | | Sold (part) | 04/13/16 | K | B | |
| 135. | | | | | Buy (add'l) | 11/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -HIGHLAND GLOBAL ALLOCATION I | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 137. -ISHARES MORTGAGE REAL ESTATE | A | Int./Div. | K | T | Buy | 11/22/16 | K | | |
| 138. -ISHARES MSCI JAPAN ETF | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 139. -ISHARES MSCI JAPAN MIN VOL ETF | A | Int./Div. | J | T | Buy | 03/10/16 | J | | |
| 140. | | | | | Sold (part) | 04/13/16 | J | A | |
| 141. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 142. -ISHARES MSCI USA MIN VOL ETF | A | Int./Div. | K | T | Buy | 03/10/16 | K | | |
| 143. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 144. | | | | | Sold (part) | 11/22/16 | K | A | |
| 145. -JOHN HANCOCK SEAPORT | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 146. -MATTHEWS ASIAN JAPAN | A | Int./Div. | | | Sold (part) | 03/10/16 | K | | |
| 147. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 148. | | | | | Sold | 11/22/16 | K | B | |
| 149. -METROPOLITAN WEST TOT RET BD I | B | Int./Div. | L | T | Sold (part) | 03/10/16 | J | A | |
| 150. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 151. | | | | | Sold (part) | 11/22/16 | J | A | |
| 152. -OAKMARK I | A | Int./Div. | | | Sold | 03/10/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. -PIMCO INCOME | C | Int./Div. | L | T | Sold (part) | 03/10/16 | J | | |
| 154. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 155. -PIMCO INTL STOCKPLUS AR STR | A | Int./Div. | | | Sold | 03/10/16 | K | | |
| 156. -PIMCO SHORT TERM P | A | Int./Div. | K | T | Sold (part) | 03/10/16 | J | | |
| 157. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 158. | | | | | Sold (part) | 11/22/16 | J | A | |
| 159. -SUNAMERICA NEW FOC DIV STRA A | B | Int./Div. | K | T | Sold (part) | 03/10/16 | J | | |
| 160. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 161. | | | | | Sold (part) | 11/22/16 | J | A | |
| 162. -T ROWE PRICE DVRSFD SM CP GR | A | Int./Div. | | | Sold | 03/10/16 | K | | |
| 163. -T ROWE PRICE MID CAP GR ADV | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | | |
| 164. | | | | | Sold (part) | 04/13/16 | J | | |
| 165. | | | | | Sold (part) | 11/22/16 | J | | |
| 166. -TOUCHSTONE SANDS CAP SEL GR | D | Int./Div. | K | T | Buy (add'l) | 03/10/16 | J | | |
| 167. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 168. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 169. -VANGUARD INFLAT PROT SEC FUND | B | Int./Div. | K | T | Buy | 11/22/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -WISDOMTREE EUROPE HEDGED EQUITY | A | Int./Div. | K | T | Sold (part) | 03/10/16 | J | | |
| 171. | | | | | Sold (part) | 04/13/16 | J | | |
| 172. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 173. -WISDOMTREE TRUST JAPN HEDGE EQ | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 174. (H) IRA #2 A Annty 451 | C | Int./Div. | N | T | | | | | |
| 175. -John Hancock Venture Annuity Lifestyle Moderate Fund | C | Int./Div. | N | T | | | | | |
| 176. (H) IRA #3 S 508 | D | Int./Div. | M | T | | | | | |
| 177. -MORGAN STANLEY BANK N.A. | A | Int./Div. | J | T | | | | | |
| 178. -ACTIVE BEAR ETF | A | Int./Div. | J | T | Buy | 03/10/16 | J | | |
| 179. -COHEN & STEERS PREF SEC&INC I | A | Int./Div. | J | T | Buy (add'l) | 03/10/16 | J | | |
| 180. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 181. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 182. -COLUMBIA SELECT LG CP GROWTH Z | A | Int./Div. | J | T | Buy (add'l) | 03/10/16 | J | | |
| 183. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 184. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 185. -DOUBLELINESHILLER ENH CAPE | A | Int./Div. | J | T | Buy | 03/10/16 | J | | |
| 186. | | | | | Buy (add'l) | 04/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Sold (part) | 11/22/16 | J | A | |
| 188. -DOUBLELINE TOTAL RETURN I | A | Int./Div. | J | T | Sold (part) | 04/13/16 | J | | |
| 189. | | | | | Buy (add'l) | 04/16/16 | J | | |
| 190. | | | | | Sold (part) | 11/22/16 | J | C | |
| 191. -FIRST EAGLE GOLD | A | Int./Div. | J | T | Buy | 03/10/16 | J | | |
| 192. | | | | | Sold (part) | 04/13/16 | J | A | |
| 193. -FIRST TRUST DORSEY WRIGHT FD | A | Int./Div. | | | Sold (part) | 03/10/16 | J | | |
| 194. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 195. | | | | | Sold | 11/22/16 | J | | |
| 196. -FIRST TRUST MORTGAGE INCOME ETF | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 197. -GUGGENHEIM S&P 500 PURE VALE | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 198. -HENDERSON EUROPEAN FOCUS | A | Int./Div. | J | T | Buy | 03/10/16 | J | | |
| 199. | | | | | Sold (part) | 04/13/16 | J | A | |
| 200. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 201. -HIGHLAND GLOBAL ALLOCATION I | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 202. -ISHARES MSCI USA MIN VOL | A | Int./Div. | | | Buy | 03/10/16 | J | | |
| 203. | | | | | Buy (add'l) | 04/13/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Sold (part) | 11/22/16 | J | A | |
| 205.  -ISHARES MORTGAGE REAL ESTATE | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 206.  -ISHARES MSCI JAPAN ETF | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 207.  -ISHARES MSCI JAPAN MIN VOL | A | Int./Div. | J | T | Buy | 03/10/16 | J | | |
| 208. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 209.  -JOHN HANCOCK SEAPORT I | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 210.  -MATTHEWS ASIAN JAPAN | A | | | | Sold (part) | 03/10/16 | J | | |
| 211. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 212. | | | | | Sold | 11/22/16 | J | A | |
| 213.  -METROPOLITAN WEST TOT RET BD I | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | A | |
| 214. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 215. | | | | | Sold (part) | 11/22/16 | J | A | |
| 216.  -OAKMARK I | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 217.  -PIMCO INCOME | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | | |
| 218. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 219.  -PIMCO INTL STOCKPLUS AR STR | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 220.  -PIMCO SHORT TERM P | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 222. | | | | | Sold (part) | 11/22/16 | J | A | |
| 223.  -SUNAMERICA NEW FOC DIV STRA A | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | | |
| 224. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 225. | | | | | Sold (part) | 11/22/16 | J | | |
| 226.  -T ROWE PRICE DVRSFD SM CP GR | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 227.  -T ROWE PRICE MID CAP GR ADV | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | | |
| 228. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 229.  -TOUCHSTONE SANDS CAP SEL GR | A | Int./Div. | J | T | Buy (add'l) | 03/10/16 | J | | |
| 230. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 231. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 232.  -VANGUARD INFLAT PROT SEC FUND | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 233.  -WISDOMTREE EUROPE HEDGED EQUITY | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | | |
| 234. | | | | | Sold (part) | 04/13/16 | J | | |
| 235. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 236.  -WISDOMTREE TRUST JAPN HEDGE | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 237.  (H) IRA #4 A Inh 509 | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. -MORGAN STANLEY BANK N.A. | A | Int./Div. | J | T | | | | | |
| 239. -ACTIVE BEAR ETF | A | Int./Div. | J | T | Buy | 03/10/16 | J | | |
| 240. | | | | | Sold (part) | 04/08/16 | J | | |
| 241. -COHEN & STEERS PREF SEC & INC (X) | A | Int./Div. | J | T | Buy (add'l) | 03/10/16 | J | | |
| 242. | | | | | Sold (part) | 04/08/16 | J | | |
| 243. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 244. -COLUMBIA SELECT LG CP GROWTH Z | A | Int./Div. | J | T | Buy (add'l) | 03/10/16 | J | | |
| 245. | | | | | Sold (part) | 04/08/16 | J | | |
| 246. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 247. -DOUBLELINE SHILLER ENH CAPE | A | Int./Div. | J | T | Buy | 03/10/16 | J | | |
| 248. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 249. | | | | | Sold (part) | 11/22/16 | J | A | |
| 250. -DOUBLELINE TOTAL RETURN I | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | | |
| 251. | | | | | Sold (part) | 04/08/16 | J | | |
| 252. | | | | | Sold (part) | 11/22/16 | J | | |
| 253. -FIRST EAGLE GOLD | A | Int./Div. | J | T | Buy | 03/10/16 | J | | |
| 254. | | | | | Sold (part) | 04/08/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 255.  -FIRST TRUST DORSEY WRIGHT FD | A | Int./Div. | | | Sold (part) | 03/10/16 | J | | |
| 256. | | | | | Sold (part) | 04/08/16 | J | | |
| 257. | | | | | Sold | 11/22/16 | J | | |
| 258.  -FIRST TRUST MORTGAGE INCOME | A | Int./Div. | J | T | Buy | 11/23/16 | J | | |
| 259.  -GUGGENHEIM S&P 500 PURE VALE | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 260.  -HENDERSON EUROPEAN FOCUS | A | Int./Div. | J | T | Buy | 03/10/16 | J | | |
| 261. | | | | | Sold (part) | 04/08/16 | J | A | |
| 262. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 263.  -HIGHLAND GLOBAL ALLOCATION I | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 264.  -ISHARES MSCI JAPAN ETF | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 265.  -ISHARES MSCI JAPAN MIN VOL | A | Int./Div. | J | T | Buy | 03/11/16 | J | | |
| 266. | | | | | Sold (part) | 11/22/16 | J | A | |
| 267.  -ISHARES MSCI MIN VOL USA | A | Int./Div. | J | T | Buy | 03/10/16 | J | | |
| 268. | | | | | Sold (part) | 04/08/16 | J | A | |
| 269. | | | | | Sold (part) | 11/22/16 | J | A | |
| 270.  -ISHARES MORTGAGE REAL ESTATE | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 271. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272.  -JOHN HANCOCK SEAPORT I | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 273.  -MATTHEWS ASIAN JAPAN INV | A | Int./Div. | | | Sold (part) | 03/10/16 | J | A | |
| 274. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 275. | | | | | Sold | 11/22/16 | J | A | |
| 276.  -METROPOLITAN WEST TOT RET BD I | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | A | |
| 277. | | | | | Sold (part) | 04/08/16 | J | A | |
| 278. | | | | | Sold (part) | 11/22/16 | J | A | |
| 279.  -OAKMARK I | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 280.  -PIMCO INCOME | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | | |
| 281. | | | | | Sold (part) | 04/08/16 | J | | |
| 282. | | | | | Sold (part) | 11/22/16 | J | | |
| 283.  -PIMCO SHORT TERM P | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | | |
| 284. | | | | | Sold (part) | 04/08/16 | J | | |
| 285. | | | | | Sold (part) | 11/22/16 | J | | |
| 286.  -PIMCO INTL STOCKPLUS AR STR | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 287.  -SUNAMERICA NEW FOC DIV STRA A | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | | |
| 288. | | | | | Buy (add'l) | 04/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Sold (part) | 11/22/16 | J | A | |
| 290. -T ROWE PRICE DVRSFD SM CP GR | A | Int./Div. | | | Sold | 03/10/16 | J | | |
| 291. -T ROWE PRICE MID CAP GR ADV | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | | |
| 292. | | | | | Sold (part) | 04/08/16 | J | | |
| 293. -TOUCHSTONE SANDS CAP SEL GR | A | Int./Div. | J | T | Buy (add'l) | 03/10/16 | J | | |
| 294. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 295. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 296. -VANGUARD INFLAT PROT SEC | A | Int./Div. | J | T | Buy | 11/22/16 | J | | |
| 297. -WISDOMTREE EUROPE HEDGED EQUITY | A | Int./Div. | J | T | Sold (part) | 03/10/16 | J | | |
| 298. | | | | | Sold (part) | 04/08/16 | J | | |
| 299. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 300. -WISDOMTREE TRUST JAPN HEDGE EQUIT | A | Int./Div. | J | T | Buy (add'l) | 11/22/16 | J | | |
| 301. (H) 529 #1⬛ 697 | A | Int./Div. | K | T | | | | | |
| 302. -MORGAN STANLEY BANK N.A. | A | Int./Div. | J | T | | | | | |
| 303. -AMERICAN AMCAP 529A | A | Int./Div. | J | T | Buy | 01/15/16 | J | | |
| 304. | | | | | Buy | 04/13/16 | J | | |
| 305. | | | | | Buy | 12/15/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306.  -AMERICAN MUTUAL 529A | A | Int./Div. | J | T | Buy | 01/15/16 | J | | |
| 307. | | | | | Buy | 04/13/16 | J | | |
| 308. | | | | | Buy | 12/15/16 | J | | |
| 309.  (H) 529 #2▒▒▒ 699 | A | Int./Div. | K | T | | | | | |
| 310.  -MORGAN STANLEY BANK N.A. | A | Int./Div. | J | T | | | | | |
| 311.  -AMERICAN AMCAP 529A | A | Int./Div. | J | T | Buy | 01/15/16 | J | | |
| 312. | | | | | Buy | 04/13/16 | J | | |
| 313. | | | | | Buy | 12/15/16 | J | | |
| 314.  -AMERICAN MUTUAL 529A | A | Int./Div. | J | T | Buy | 01/15/16 | J | | |
| 315. | | | | | Buy | 04/13/16 | J | | |
| 316. | | | | | Buy | 12/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 02/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #2

-GUGGENHEIM S&P PURE VALE (X) is marked (X) because it was inadvertently indicated on the prior report as sold when in fact it was only partially sold. It was actually still owned at the beginning of the 2016.

Trust #3

Baron Real Estate is marked (X) because it was inadvertently indicated on the prior report as sold when in fact it was only partially sold. It was actually still owned at the beginning of the 2016 and was owned at the end of year with no transcations during the 2016.

IRA #3

RS Select Growth has a (Y) because it was owned at the beginning of the year but the sale was not reportable and none was owned at the end of year

IRA #4

Cohen & Steers Pref Sec & Inc has an (X) because it was purchased this year in multiple transactions that were less than $1,000 each but it was owned at the end of year and the value was greater than $1,000..

First Dorsey Wright Fd has a (Y) because it was on the prior year report but it was sold in multiple transactions that were less than $1,000 each.

Putnam Equity Spectrum has a (Y) because it was on the prior year report but it was sold in multiple transactions that were less than $1,000 each.

T Rowe Price Dvrsfd Sm Cp Gr has a (Y) because it was owned at the beginning of the year but it was sold in multiple transactions that were less than $1,000 each.

WisdomTree Europe Hedged Equity has a (Y) because it was on the prior year report but it has fallen to less than $1,000.

WisdomTree Trust Japn Hedge Equity has a (Y) because it was on the prior year report but it has fallen to less than $1,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Andrew Hurwitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544